# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DEBORAH DAVIS,

        Plaintiff,   :   Case No. 3:08-cv-391

- vs -   :   District Judge Walter Herbert Rice
       Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL   :
SECURITY,

  :

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #15), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Commissioner's decision that Plaintiff was not disabled and therefore not entitled to benefits under the Act is AFFIRMED. The clerk to enter judgment accordingly.

February _1_, 2010.

                                                             Walter Herbert Rice
                                                             United States District Judge